No. 75–1881. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* RHEYNARD. Appeal from D. C. W. D. Mich. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Mathews* v. *Lucas,* 427 U. S. 495 (1976).

No. 75–1521. Dow CHEMICAL Co. *v.* LOCAL 14055, UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL.;

No. 75–1609. CHAMBER OF COMMERCE OF THE UNITED STATES *v.* LOCAL 14055, UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL.;

No. 75–1858. NATIONAL LABOR RELATIONS BOARD *v.* LOCAL 14055, UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and cases remanded with directions to remand to the National Labor Relations Board for reconsideration in light of intervening circumstances.

No. 75–1584. GREYHOUND LINES, INC. *v.* AMALGAMATED TRANSIT UNION, DIVISION 1384, AFL–CIO, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Buffalo Forge Co.* v. *United Steelworkers of America,* 428 U. S. 397 (1976).

No. 75–6509. MIDDLETON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Doyle* v. *Ohio,* 426 U. S. 610 (1976).